UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KENNETH W. OWENS**<br>    **LA. DOC #118149** | **CIVIL ACTION NO. 13-2132** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **JAMES M. LeBLANC, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights Complaint [Doc. No. 1] and his motion for preliminary injunction [Doc. No. 3]be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**MONROE, LOUISIANA,** this 12th day of September, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE